**PAID**
# 131233

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| In re: <br><br> PROFESSIONAL CREDIT <br> CONSULTANTS INC <br><br> Debtor(s) | Case No. 05-33472-PGH <br> Chapter 7 |
|---|---|

## NOTICE OF DEPOSIT OF FUNDS WITH THE
## U. S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

( )    The Trustee has a balance of $*** remaining in his bank account which represents unpresented checks drawn and mailed to creditors of the above named Debtor in accordance with the Order for Payment of Dividends. Your Trustee has made a good faith effort to verify the correct mailing address for said creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment; or

( )    The Trustee has a balance of $*** remaining in his bank account which represents small dividends as defined by F.R.B.P. 3010.

(X)    The Trustee has a balance of **$11,813.33** remaining in his bank account which represents unpresented checks drawn and mailed pursuant to C.O. dated 8/29/07; CP63 for pro rata distribution of post petition funds debited from customer bank accounts.

Attached and made a part of this notice is a list, pursuant to F.R.B.P. 3011, of the names, claim numbers and addresses of the creditors and the amounts to which they are entitled.

**WHEREFORE**, your Trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: _____

Michael R. Bakst, Trustee
PMB 702, 222 Lakeview Avenue
Suite 160
West Palm Beach FL 33401
Telephone:    (561) 838-4539
Facsimile:    (561) 514-3439

1

NAME:     PROFESSIONAL CREDIT CONSULTANTS INC
CASE NO:  05-33472-PGH

Pursuant to Court Order dated 8/29/07 (CP#63) checks were issued on 9/10/07 in payment of pro rata distribution of post petition funds debited from customer bank accounts. The Trustee has been unable to distribute all of such funds as he has not unable to locate certain payees and, therefore, is turning over the remaining funds to the U.S. Bankruptcy Clerk re: the following undistributed funds:

| NAME & ADDRESS OF RECORD: | DISTRIBUTION AMOUNT |
|---|---|
| **Kelley Alley,** 1665 Wesleyan Drive, Apartment 306, Macon, GA 31210 | $ 226.84 |
| **Joseph Banes,** 3690 Quail Hollow Trail, Snellville, GA 30039 | 158.70 |
| **Dion Bennett,** 326 Adwood Court, Hampton, VA 23605 | 275.14 |
| **Connie Blackburn,** 1052 Bass Blvd., Dunedin, FL 34698 | 255.30 |
| **Amanda Byers,** E Med 204 FSB 4ID, Fort Hood, TX 76544 | 226.46 |
| **Brian Canright,** 915 North Hartwell Avenue, Waukesha, WI 53186 | 194.93 |
| **Ryan Centeno,** 1171 Lane Avenue South, Apartment 213, Jacksonville, FL 32205 | 138.86 |
| **David Colpitts,** 2112 St. Andrews Drive, Round Rock, TX 78664 | 503.70 |
| **Mary Currier,** 11 Wedgewood Road, Box 10, Virginia Beach, VA 23456 | 287.21 |
| **Robert Dattner,** 1975 West Deane Street, Fayettville, AR 72703 | 253.58 |
| **Alice Dixon,** 5860 Arlington Avenue, Los Angeles, CA 90043 | 164.74 |
| **Sarah Dunmyer,** 392 Green Lane, Mantua, NJ 08051 | 315.68 |
| **Rebecca Flowers,** P.O. Box 1825, Little Rock, AR 72203 | 307.05 |
| **Lisa Gartman,** 6008 Marlee Court, Rocklin, CA 95677 | 323.44 |
| **Devon Glaser,** 1006 North Route 15, Dillsburg, PA 17019 | 287.21 |
| **Daniel Hanley,** 222 Champion Street, Haysville, KS 67060 | 155.25 |
| **Chelsea Heeren,** 1911 Northbrook Drive, Cedar Rapids, IA 52402 | 106.09 |
| **Jason Jackson,** 10231 Patriot Street, San Diego, CA 92124 | 105.23 |

| | |
|---|---:|
| **David Jones,** 1702 Forest Creek Drive, Jacksonville, FL 32225 | 499.39 |
| **Ben Keenan,** 107 Pinecrest Blvd., Apartment 6, San Antonio, TX 78209 | 91.43 |
| **Jill Lawler,** 1100 Wyomissing Blvd., Apartment 2D, Reading, PA 19611 | 428.67 |
| **Leslie Lockhart,** 3800 West Eurma Road, Gosport, IN 47433 | 156.11 |
| **Christian Longsworth,** 7228 Beaver Run Drive, Fayetteville, NC 28314 | 276.86 |
| **Alex & Linda Lopez,** 1809 Avenue M, Scottsbluff, NE 69361 | 257.89 |
| **Robert Lukis,** 4355 South Shawnee Drive, Monticello, IN 47960 | 461.44 |
| **Amanda McCoskey,** 113 B East 9th Street, Anderson, IN 46016 | 146.63 |
| **Barbara & Charlene McGowan,** P.O. Box 2015, Arlington, TX 76004 | 117.30 |
| **Tim Moreau,** 4545 Wheaton Drive, Apartment C-310, Fort Collins, CO 80525 | 207.00 |
| **Mark Ormston,** 5122 Manchester Court, Apartment 105, Palm Harbor, FL 34685 | 313.09 |
| **Brian & Dusti Pfleuger,** 5 Hubbard Street, Cortland, NY 13045 | 416.59 |
| **Abul Rahman,** 12301 North MacArthur Blvd., Apartment 1016, Oklahoma City, OK 73142 | 232.01 |
| **Richard Ritter,** 127 Glenora Drive, Martinez, GA 30907 | 792.64 |
| **Sonja Roberts,** 239 13th Avenue Place N.W., Apartment 8, Hickory, NC 28601 | 538.20 |
| **Scott Robinson,** 310 Garden Road, Oreland, PA 19075 | 661.54 |
| **Jonathan Sanders,** 1723 Vardens Place, Birmingham, AL 35216 | 141.45 |
| **Timothy Schaefer,** 4785 Southern Hill Drive, Apartment 203, Memphis, TN 38125 | 66.41 |
| **Richard Schladoer,** 506 Smith Avenue, Apartment A9, Lake Bluff, IL 60044 | 175.95 |
| **Miranda Smith,** 15580 Corquorum Drive, Apartment 4641, Addison, TX 75001 | 247.54 |
| **Elizabeth Spinazola,** 161 Irving Avenue, Providence, RI 02906 | 134.55 |
| **Delbert Stinnett,** 416 Russell Avenue, Craigsville, WV 26205 | 190.61 |
| **Ann Tankard,** 4349 Fox Point Drive, Las Vegas, NV 89108 | 304.46 |

| | |
|---|---:|
| **Jason Tenk,** 1051 A Ringwood Avenue, Haskell, NJ  07420 | 289.80 |
| **Andrew Thompson,** 671 Franklin Street, Santa Clara, CA  95050 | 131.10 |
| **Shannon Wanlin,** 901 Sara Court, Apartment 155, Vacaville, CA  95687 | 249.26 |
| **TOTAL UNDISTRIBUTED FUNDS**............................................................. | **$11,813.33** |